FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 28, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:21-CR-06042-MKD-9 |
|---|---|
| Plaintiff, | ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE |
| vs. | |
| NOOR TAHSEEN AL-MAAREJ (9), | **ECF No. 791** |
| Defendant. | |

Before the Court is the United States Probation Office's ("USPO") Request for Modifying the Conditions or Term of Supervision with Consent of the Offender. ECF No. 791. Ms. Al-Maarej is currently serving her 12-month probation sentence in the Southern District of California. The USPO petitions the Court to modify three conditions of supervised release, each to bring Ms. Al-Maarej's supervision in line with the practices of the Southern District of California. The parties have responded to the request and do not object to the proposed modifications. ECF Nos. 805, 806. The proposed changes were interpreted for Ms. Al-Maarej and she signed a waiver. The Court has reviewed

ORDER - 1

the record and the motion and is fully informed, and shall grant the proposed modifications.

Accordingly, **IT IS HEREBY ORDERED:**

1. The USPO's Request for Modifying the Conditions or Term of Supervision with Consent of the Offender, **ECF No. 791**, is **GRANTED**.

2. Special Condition 2 is hereby **ADDED** to the Special Conditions of Release, ECF No. 737, and shall read:

   a. Submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The offender must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the offender has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

3. Mandatory Condition 3 of ECF No. 737, is hereby **AMENDED**, and shall now read:

   a. The defendant must not illegally possess a controlled substance. The defendant must refrain from any unlawful use of a controlled substance. Submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. Testing requirements will not exceed submission of more than four (4) drug tests per month during the term of probation, unless otherwise ordered by the court.

ORDER - 2

4. Special Condition 3 is hereby **ADDED** to the Special Conditions of Release, ECF No. 737, and shall read:

    a. Provide complete disclosure of personal and business financial records to the probation officer as requested.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** April 28, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3