```
 1  Vanessa R. Waldref
    United States Attorney
 2  Eastern District of Washington
 3  Brandon Pang
    Brian M. Donovan
 4  Assistant United States Attorney
    Post Office Box 1494
 5  Spokane, WA  99210-1494
 6  Telephone: (509) 353-2767
 7
 8
 9              UNITED STATES DISTRICT COURT
10          FOR THE EASTERN DISTRICT OF WASHINGTON
11
12
13  UNITED STATES OF AMERICA,
                                    No.  4:21-CR-6042-MKD-9
14             Plaintiff,
15       v.                         United States Motion to Amend
                                    Judgment Regarding Restitution Payee
16  NOOR TAHSEEN AL-MAAREJ,
17
18             Defendant.            November 22, 2024, at 6:30 p.m.
                                     Without Oral Argument
19
20
21
22       Plaintiff, United States of America, by and through Vanessa R. Waldref, United
23  States Attorney, for the Eastern District of Washington, Brandon Pang and Brian M.
24
25  Donovan, Assistant United States Attorneys for the Eastern District of Washington,
26  moves this court to amend the Judgment in the above referenced case as to restitution.
27
28  United States Motion to Amend Judgment Regarding Restitution Payee - 1
```

Defendant Noor Tahseen Al-Maarej (9) was sentenced in this Court on February 3, 2023. ECF No. 737. The defendant was ordered to pay restitution in the amount of $31,666.67 to "Foremost Insurance." Restitution should instead be ordered and sent to "**Coast National Insurance Company**, Attention: 3011738520-1, PO Box 258806, Oklahoma City OK 73125." Such amount shall be joint and several with Mohammed Bajay (7), Hussain Bachay (8),[*] and Ali Ali-Himrani (10).

Rana J. Kaabawi (11) was not ordered to pay restitution for the 10/14/2018 staged accident. Rana J. Kaabawi (11) needs to be removed from the joint and several amount of $31,666.67 to "Coast National Insurance Company," in the Amended Judgment for Noor Tahseen Al-Maarej (9).

Dated: October 24, 2024.

                            Vanessa R. Waldref
                            United States Attorney

                            *s/ Brandon Pang*
                            Brandon Pang
                            Assistant United States Attorney

---

[*] Conditional upon any adjudication of this defendant warranting inclusion in the restitution order.

United States Motion to Amend Judgment Regarding Restitution Payee - 2

# CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

*s/ Brandon Pang*
Brandon Pang
Assistant United States Attorney

United States Motion to Amend Judgment Regarding Restitution Payee - 3